**IT IS ORDERED as set forth below:**

**Date: May 28, 2013**

_____
**Margaret H. Murphy
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In Re: | : | CHAPTER 13 |
| | : | |
| **WENDOLYN  PETERS,** | : | CASE NO. **12-55277-MHM** |
| | : | |
| Debtor. | : | |
| | : | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | : | |
| Movant, | : | CONTESTED MATTER |
| vs. | : | |
| WENDOLYN PETERS, Debtor, HAROLD PETERS, JR. AND TAMINIKA PETERS Co-Debtors, ADAM M. GOODMAN, Trustee, | : | |
| Respondents. | : | |

**ORDER MODIFYING THE AUTOMATIC STAY AND CO-DEBTOR STAY**

On February 11, 2013, **JPMorgan Chase Bank, National Association**, for itself, its successors and assigns ("Movant") filed a *motion for relief from the automatic stay of 11 U.S.C. § 362 and the co-debtor stay of 11 U.S.C. § 1301*  (Doc. No. 26) ("Motion").

BK-862-001205GA

Movant contends that it is the holder of a Security Deed encumbering Debtor's property now or formerly known as 1994 Shamrock Drive, Decatur, GA 30032 (the "Property"), and set the Motion for a hearing before this Court May 9, 2013, upon Notice of Assignment of Hearing, which Movant contends was properly served to each party in interest. As no opposition to the motion was offered by Debtor, Co-Debtors or Trustee, it is hereby

**ORDERED** that the automatic stay of 11 U.S.C. § 362 and the co-debtor stay of 11 U.S.C. § 1301 are modified only to allow Movant to commence foreclosure proceedings against the Property pursuant to its note and security deed and applicable state law, and to assert any or all of its respective rights under applicable state law as to the Property; provided however, that any funds remaining after sale and application to the lawful claim of Movant shall be paid promptly to the Trustee. It is further

**ORDERED** that Movant, through its agents, servicers and representatives is permitted to contact Debtor and/or Debtor's counsel for the purpose of engaging in discussions and consideration for possible loss mitigation options, solutions and/or resolutions with regard to the underlying security deed and note, including, but not limited to loan modification or other loss mitigation alternatives. It is further

**ORDERED** that the Chapter 13 Trustee is authorized to suspend disbursements on Movant's Proof of Claim.

[END OF DOCUMENT]

| **Draft prepared and presented by:** | **No Opposition:** |
|---|---|
| _____/s/_____ | /s/ (*with express permission*) |
| **BRANDI R. LESESNE,** GA Bar 141970 | **MANDY CAMPBELL**, |
| Attorney for Movant | Ga. Bar No. 142676 |
| Johnson & Freedman, LLC | Attorney for Chapter 13 Trustee |
| 1587 Northeast Expressway | Suite 200 |
| Atlanta, GA  30329 | 260 Peachtree Street |
| (678) 298-8847 | Atlanta, GA 30303 |
| brlesesne@jflegal.com | (678) 510-1444 |

## DISTRIBUTION LIST

Wendolyn Peters
1870 Fairpointe Trace
Stone Mountain, GA 30088

Harold Peters, Jr.
1994 Shamrock Drive
Decatur, GA 30032

Taminika Peters
1994 Shamrock Drive
Decatur, GA 30032

Adam M. Goodman
Adam M. Goodman, 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

Brandi R. Lesesne
Johnson & Freedman, LLC
1587 Northeast Expressway
Atlanta, GA  30329

BK-862-001205GA